UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE DARYL GRAY,

        Plaintiff,                              No. 07-CV-10218-DT

vs.                                              Hon. Gerald E. Rosen

HUGH WOLFENBARGER,

        Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION AND DISMISSING CASE

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on        March 23, 2010

        PRESENT:  Honorable Gerald E. Rosen
                                  Chief Judge, United States District Court

        This matter having come before the Court on the February 1, 2010 Report and Recommendation of United States Magistrate Judge R. Steven Whalen recommending that the Court deny Terrence Daryl Gray's petition for a writ of habeas corpus and that this case be, dismissed, with prejudice; and Petitioner having timely filed objections; and the Court having reviewed the Report and Recommendation, Petitioner's objections and the entire record of this matter and having determined that, for the reasons stated by the Magistrate Judge, Petitioner Gray's habeas corpus petition should be denied, and being otherwise fully advised in the premises,

    NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 1, 2010 **[Dkt. # 13]** is adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated by the Magistrate Judge, Petitioner Terrence Daryl Gray's petition for a writ of habeas corpus **[Dkt. # 1]** is DENIED. Accordingly, this habeas corpus action is hereby DISMISSED, with prejudice.[1]

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: March 23, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 23, 2010, by electronic mail and to Terence Daryl Gray, #376932, Mound Correctional Facility, 17601 Mound Road, Detroit, Michigan by ordinary mail.

s/Ruth A. Gunther
Case Manager

---

[1] The Court's ruling on this matter renders Petitioner's Notice as to Supplementing Record [Dkt. # 14] and his Response to the Magistrate's Order directing the filing of transcripts [Dkt. # 15] MOOT.